# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JED GOLDART,                                                Case No. 8:26-cv-01739-JRR
     *Plaintiff*

vs.

VANGUARD PARKING SOLUTIONS, INC.,
     *Defendant*

_____/

## DECLARATION OF MENDY GOLDMAN IN SUPPORT OF DEFENDANT VANGUARD PARKING SOLUTIONS INC.'S MOTION TO COMPEL ARBITRATION

I, Mendy Goldman, declare as follows:

1.      I am an authorized agent and representative of Defendant Vanguard Parking Solutions Inc. ("Vanguard"). I am authorized to make this declaration on Vanguard's behalf. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of the matters stated below or knowledge based on Vanguard's business records, systems, and ordinary-course records maintained under my supervision or available to me in my role.

2.      I submit this declaration in support of Vanguard Parking Solutions Inc.'s motion to compel arbitration in Goldart v. Vanguard Parking Solutions Inc., Case No. 8:26-cv-01739-JRR, pending in the United States District Court for the District of Maryland.

3.      Vanguard provides parking-technology, enforcement, monitoring, notice-administration, payment, and dispute-administration services for private parking facilities.

4.      The parking facility at issue in this case is the facility at or near 6831 Wisconsin Avenue in Bethesda/Chevy Chase, Maryland, identified in Vanguard records as lot MD-102, Shops of Wisc.

5. During the period relevant to Plaintiff Jed Goldart's tickets, the posted free-parking limit at lot MD-102 was two hours.

6. The Parking Agreement signage is headed "PARKING CONTRACT - PRIVATE PROPERTY" and states in large type: "IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW."  Attached as Exhibit A is a true and correct copy or photograph of the Parking Agreement signage applicable to the 6831 Wisconsin / MD-102 facility.

7. The signage states that by parking at the facility, the driver agrees to the terms of the contract with Vanguard, the owner, and/or the parking operator. The signage also states that Vanguard records activity at the parking facility using video-recording equipment.

8. The signage includes terms addressing parking charges, Parking Payment Notices, disputes and appeals, use of vehicle-owner information, collection activity, arbitration, jury-trial waiver, and class-action waiver.

9. The face of the 6831 Wisconsin sign states: "ARBITRATION: Unresolved disputes shall be resolved through binding arbitration." It also states that "Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action."

10. The full Parking Agreement available through the sign provides that, except as otherwise required by applicable law, "any and all disputes, claims or controversies between you and Vanguard arising from parking at the Facility or under this Contract, which are not amicably resolved, shall be settled through binding arbitration administered by the AAA under its Consumer Arbitration Rules." It further states that the Federal Arbitration Act and federal arbitration law apply.

11. Because Mr. Goldart parked at this facility, he is bound by the terms of the signage at this facility, including Vanguard's arbitration terms.

12.     Vanguard's records identify four tickets for Plaintiff Jed Goldart at lot MD-102: ticket 1CA33 for a December 23, 2024 stay from approximately 6:25 p.m. to 8:43 p.m. ET, 138 minutes total, over the two-hour limit by 18 minutes; ticket EB1B9 for a January 20, 2025 stay from approximately 5:06 p.m. to 7:43 p.m. ET, 156 minutes total, over by 36 minutes; ticket 47B73 for a January 22, 2025 stay from approximately 5:21 p.m. to 7:50 p.m. ET, 149 minutes total, over by 29 minutes; and ticket 8BB8E for a February 15, 2025 stay from approximately 5:28 p.m. to 7:54 p.m. ET, 146 minutes total, over by 26 minutes.

13.     Vanguard's records show that tickets 1CA33, EB1B9, 47B73, and 8BB8E were paid. Vanguard's records show that Mr. Goldart paid tickets through paper checks that he mailed in and were processed by Vanguard.

14.     Additionally, Vanguard relies on its arbitration clause attached to each ticket, which states: " by paying this notice, you agree to the parking contract that was displayed at the facility and is available at: www.payparkingnotice.com." In that contract you waive your right to bring a class action and to have a jury trial and agree to arbitrate any dispute.

15.     Because Mr. Goldart received four tickets which all had the same arbitration language, and because he paid the tickets, he is therefore bound by the arbitration terms.

16.     Additionally, although Mr. Goldart did not pay for these tickets online, he nonetheless searched for these tickets on Vanguard's website on three different occasions: January 16, 2025, January 9, 2025, and March 20, 2025. ( Exhibit B).  By searching for these tickets, a consumer such as Mr. Goldart is also agreeing to be bound by Vanguard's terms of service which include its arbitration clause. This is because Directly above the Search button, the website states: "By searching, you agree to our Privacy Policy and Terms of Service." The words "Privacy Policy"

and "Terms of Service" are hyperlinks to the respective documents. A true and correct screenshot of this search page is attached as Exhibit C.

17. The claims asserted in Mr. Goldart's Complaint arise from the parking sessions and tickets identified above, including the alleged recording of his license plate, retrieval of owner information, mailing of Parking Payment Notices, request for payment, and processing of payments.

18. The facts stated above are based on records maintained by Vanguard in the ordinary course of business, including ticket records, payment records, signage records, internal system records, and preserved Parking Agreement materials.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

(signature) _____ (date) _07/06/2026_

Mendy Goldman

# PARKING CONTRACT - PRIVATE PROPERTY
# IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW.

**By parking here, you agree to the terms of this Contract with Vanguard Parking Solutions, Inc. ("Vanguard"). If you don't own the car you are parking, you are also agreeing to the contract on behalf of the owner of the vehicle you park.**

**IMPORTANT:**
- **VANGUARD RECORDS ACTIVITY AT THIS PARKING FACILITY 24/7 using video recording equipment.**

**KEY TERMS** of this Contract:
- **YOU MUST PAY the hourly parking fees ("Hourly Fees") in full within 15 MINUTES after entering. If you leave within this time, no Hourly Fees apply.**
- **You agree that VANGUARD may obtain personal information as defined in the Driver's Privacy Protection Act, 18 U.S.C. § 2721 (the "DPPA"), including but not limited to the vehicle owner's name, phone number, physical and email addresses, license plate number, and the vehicle make and model, in order to identify the owner of that vehicle.**
- **Failure to pay all the Hourly Fees due will result in a PARKING PAYMENT NOTICE that will include additional charges and processing charges (collectively, "Parking Charges").**
- **In some states, failure to pay in full may also result in your vehicle being towed, booted, or immobilized.**
- **HOURLY FEES AND PARKING CHARGES ARE NON-REFUNDABLE.**
- **DISPUTES: If you believe a charge was issued in error, you have 30 days to dispute it.**
**You can initiate a dispute through the contact form at www.PayParkingNotice.com or by calling (954) 228-3280 and speaking with an agent.**
- **ARBITRATION: Unresolved disputes shall be resolved through binding arbitration.**
- **WAIVER: Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action.**

## Full contract available here



and at www.PayParkingNotice.com/parkingcontract or by scanning QR code.

**ACTIVITY IN THIS PARKING LOT OR GARAGE (THE "FACILITY") IS RECORDED BY VANGUARD PARKING SOLUTIONS, INC. ("VANGUARD") 24 hours per day, every day.** Vanguard uses this video surveillance system to track the time you enter and leave the Facility, and to record pictures of the Facility and of your vehicle and license plate. Vanguard does not monitor the video 24/7 and the system is not designed or used for facility security.

By this Contract, the owner of the Facility ("Owner") and Vanguard hereby grant you a license to park in a designated vehicle space in this Facility, as long as you do so in compliance with the posted rules and rates, including timely payment of all of the Hourly Fees. **THE HOURLY FEES AND THE METHODS OF PAYMENT ARE SET FORTH ON A SEPARATE SIGN POSTED IN THIS FACILITY.**

By parking in this Facility, you agree – on behalf of yourself and, if you are not the owner of the vehicle you are parking, on behalf of that owner - to the terms and conditions of this Parking Contract (the "**Contract**") and to pay the regular hourly parking fee, including taxes and any municipal and county surcharges (collectively, "Hourly Fees") **WITHIN 15 MINUTES AFTER ENTERING THE FACILITY.** If you do not want to be bound by this Contract, you must exit this Facility within 15 minutes of entering it. No Hourly Fees will apply if you exit this Facility within 15 minutes of entering it.
- **THE HOURLY FEES** are charged 24 hours per day, 365 days a year and are **NON-REFUNDABLE,** regardless of whether the time paid for is fully utilized**.**
- **If you fail to pay the Hourly Fees within 15 minutes of entering this Facility, or if you pay less than the amount you owe for the time you are parked, you will be in breach of this Contract and will incur** PROCESSING FEES OR CHARGES, SURCHARGES AND LATE FEES IMPOSED BY VANGUARD OR THE OWNER OF THE FACILITY (THE "PARKING CHARGES"). Parking Charges may total up to $125 per parking incident.

**BY PARKING A VEHICLE IN THIS FACILITY, YOU ALSO CONSENT TO VANGUARD'S OBTAINING, SOLELY FOR BILLING AND COLLECTION PURPOSES, RECORDS CONTAINING PERSONAL INFORMATION AS DEFINED IN THE DRIVER'S PRIVACY PROTECTION ACT, 18 U.S. Code § 2721 (THE "DPPA"),** including but not limited to the vehicle owner's name, address, license plate number, and vehicle make and model, **IN ORDER TO IDENTIFY THE OWNER OF THAT VEHICLE AND TO SEND THAT PERSON NOTICES, INVOICES, AND OTHER DOCUMENTATION RELEVANT TO AMOUNTS OWED FOR HOURLY FEES AND PARKING CHARGES BECAUSE THE VEHICLE WAS PARKED IN THIS FACILITY WITHOUT FULL PAYMENT. VANGUARD WILL NOT USE SUCH INFORMATION FOR ANY PURPOSE OTHER THAN COLLECTING HOURLY FEES AND PARKING CHARGES.** Vanguard will not sell, offer to sell, or transfer to another person for sale any personal information obtained about the owner of a vehicle using the Facility.

**YOU AGREE THAT YOU WAIVE ANY CLAIM YOU MIGHT OTHERWISE HAVE AGAINST VANGUARD OR THE OWNER OF THIS FACILITY IN CONNECTION WITH THE ACQUISITION AND USE OF SUCH PERSONAL INFORMATION, INCLUDING WITHOUT LIMITATION CLAIMS UNDER THE DPPA AND ANY APPLICABLE STATE LAW.**

If you have not timely and fully paid the Hourly Fees, Vanguard will either place a **PARKING PAYMENT NOTICE** ("Notice") on your vehicle while it is parked in the Facility or send you a Notice by mail. The Notice will include an invoice setting forth the amount you owe, including all applicable Parking Charges, the due date and any grace period for payment.
Failure to pay the Parking Charges may result in the matter being referred to collections or for legal action. Additionally, if a Notice remains unpaid after its Due Date and you later park your vehicle in a different parking facility monitored by Vanguard, Vanguard may have the right under state law to tow, immobilize, and/or boot your vehicle. Vanguard may also have the right to collect the current balance of the total amounts you owe for parking at all Vanguard-monitored facilities before releasing the vehicle.

**DISPUTES, APPEALS.** You may dispute any invoice or Notice that you believe was issued to you in error by submitting a notice of dispute to Vanguard before the Due Date set forth in the Notice. To submit a dispute, you may call us at 954-228-3280, send us an e-mail at disputes@vanguardparking.co, or follow the steps for filing a dispute on our website at https://payparkingnotice.com/pay. Vanguard will inform you of its decision regarding this dispute within 5 business days after hearing from you. If you do not agree with Vanguard's decision regarding your objection, you may then appeal it by initiating, within 10 days after your receipt of Vanguard's decision, arbitration in Palm Beach County, Florida, or the county and state where the Parking Facility is located, in accordance with the **CONSUMER ARBITRATION RULES ("CAR") of the American Arbitration Association ("AAA"), (WHICH ARE AVAILABLE AT WWW.ADR.ORG).**

**EXCEPT AS OTHERWISE REQUIRED BY APPLICABLE STATE LAW, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND VANGUARD ARISING FROM YOUR PARKING AT THE FACILITY OR UNDER THIS CONTRACT, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SETTLED THROUGH BINDING ARBITRATION ADMINISTERED BY THE AAA UNDER ITS CAR. THE SUBSTANTIVE LAW OF ANY ARBITRATION SHALL BE THE LAWS OF THE STATE IN WHICH THE FACILITY IS LOCATED. THE FEDERAL ARBITRATION ACT AND FEDERAL ARBITRATION LAW ALSO APPLY TO THIS CONTRACT.**
**BY ENTERING INTO THIS CONTRACT, YOU AND VANGUARD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. YOU AGREE THAT ALL CLAIMS MUST BE BROUGHT IN A PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS VANGUARD AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. AN ARBITRATOR CAN AWARD ON AN INDIVIDUAL BASIS THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING INJUNCTIVE AND DECLARATORY RELIEF OR STATUTORY DAMAGES) AND MUST FOLLOW THIS CONTRACT AND THE LAW AS A COURT WOULD.**

**THE ABOVE ARBITRATION PROVISION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS CONTRACT.**
**VANGUARD MAY ASSIGN THIS CONTRACT WITHOUT YOUR APPROVAL.**
**THE NOTICE AND INVOICE ARE PRIVATELY ISSUED. THEY ARE NOT ISSUED BY A GOVERNMENTAL AUTHORITY OR AGENCY AND ARE NOT SUBJECT TO CRIMINAL PENALTIES.**



**Exhibit A**

**Q** 84778CA

**Accounts**

cus_lpn_MD_84778CA                                                    Customer

**Payments**

| | | |
|---|---|---|
| 🕒 $148.40 | pi_3QhyxHDGonjVtnEF0F0RQSCd | Jan 16, 2025 |
| 🕒 $58.30 | pi_3QfMXgDGonjVtnEF1Y3WcYqY | Jan 9, 2025 |
| 🕒 $90.10 | Notice 3044017 | Mar 20, 2025 |

**View all results**

Exhibit B



## Pay Parking Notice

Notice Number #

OR

License Plate Number                                          State

                                                                              -    ⌄

By pressing search, you agree to Vanguard Parking's
Privacy Policy and Terms of Service.

Search

Exhibit C