# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JOHN SIKKING, et al.
*Plaintiffs*
vs.

Case No. 8:26-cv-02159-PX

VANGUARD PARKING SOLUTIONS, INC., et al.
*Defendants*
_______________________________________/

**DECLARATION OF MENDY GOLDMAN IN SUPPORT OF DEFENDANT VANGUARD PARKING SOLUTIONS INC.'S MOTION TO COMPEL ARBITRATION**

I, Mendy Goldman, declare as follows:

1. I am an authorized agent and representative of Defendant Vanguard Parking Solutions Inc. ("Vanguard"). I am authorized to make this declaration on Vanguard's behalf.

2. The facts stated in this declaration are based on my personal knowledge, my review of Vanguard's records kept in the ordinary course of business, and information made available to me in the regular course of my duties.

3. Vanguard provides parking-technology, monitoring, notice-administration, and related services for private parking facilities. Vanguard's services include use of camera and license-plate-recognition systems, administration of parking-payment notices, and operation of the website payparkingnotice.com.

4. The parking facilities at issue in this action include the facility known in Vanguard's systems as MD-102, located at or near 6831 Wisconsin Avenue, Bethesda/Chevy Chase, Maryland (the "6831 Wisconsin facility"), and the facility known in Vanguard's systems as MD-101, located at 275 West Street, Annapolis, Maryland (the "275 West Street facility").

5. At all relevant times, Vanguard's parking-enforcement process at these facilities included posted Parking Agreement signage advising drivers that they were entering private property, that activity at the facility was monitored and recorded, and that entering and parking constituted agreement to the posted terms.

6. A true and correct copy or photograph of the Parking Agreement signage applicable to the 6831 Wisconsin facility is attached as Exhibit A.

7. The 6831 Wisconsin signage is headed "PARKING CONTRACT - PRIVATE PROPERTY" and states in large type: "IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW." The sign states that by parking at the facility, the driver agrees to the terms of the contract with Vanguard, the owner, and/or the parking operator.

8. The 6831 Wisconsin signage also has specific arbitration language that a consumer is bound by parking at the facility.

9. The face of the 6831 Wisconsin sign states: "ARBITRATION: Unresolved disputes shall be resolved through binding arbitration." It also states that "Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action."

10. The full Parking Agreement available through the 6831 Wisconsin sign includes the following arbitration language: except as otherwise required by applicable law, "any and all disputes, claims or controversies between you and Vanguard arising from parking at the Facility or under this Contract, which are not amicably resolved, shall be settled through binding arbitration administered by the AAA under its Consumer Arbitration Rules." It further states that the Federal Arbitration Act and federal arbitration law apply.

11. A true and correct copy or photograph of the Parking Agreement signage applicable to the 275 West Street facility is attached as Exhibit B.

12. The 275 West Street sign is titled "PARKING AGREEMENT." It states: "By entering and parking in this parking facility, you agree to the terms and conditions of this Parking Agreement" and states that if the driver does not consent, the driver "must exit this parking facility and park in a different location not associated with the Owner and Vanguard."

13. The 275 West Street sign contains a "NOTICE OF ARBITRATION" stating that "[a]ny dispute or controversy arising under or in connection with this Agreement, other than injunctive relief, shall be settled exclusively by arbitration" before an arbitrator in Palm Beach County, Florida, or the county and state where the parking facility is located, governed by the Federal Arbitration Act and the rules of the American Arbitration Association then in effect.

14. Vanguard operates the website payparkingnotice.com. A driver who receives a Vanguard parking-payment notice may use that website to search for a notice, view notice details, pay by card, and/or dispute a notice.

15. A user who wants to view a notice on payparkingnotice.com must enter either a license plate and state or a ticket number and then press the "Search for Notice" button.

16. Directly above the Search button, the website states: "By searching, you agree to our Privacy Policy and Terms of Service." The words "Privacy Policy" and "Terms of Service" are hyperlinks to the respective documents. A true and correct screenshot of this search page is attached as Exhibit C.

17. After a successful search, the user may view the notice details. To submit an online card payment, the user must check an agreement checkbox stating: "I agree to Vanguard's Privacy Policy and Terms of Service." (The document names are hyperlinks to those documents.) A true and correct screenshot of the payment-page agreement checkbox is attached as Exhibit D.

18. The payment submit handler will not allow the user to submit the payment unless the agreement checkbox is checked. If the checkbox is not checked, the website returns the error message: "You must agree to the terms and conditions." There is no other way to complete an online card payment through payparkingnotice.com without checking that box.

19. The payment-page agreement checkbox was continuously present in the pay form on the dates of the subject dispute.

20. The Terms of Service ( Exhibit E) on the dates of the subject dispute are located at: https://www.payparkingnotice.com/legal/terms/v/fbc0b4fc-081c-43ca-aaa8-9cd87b814d6b

21. The Terms of Service in effect on the dates of the subject dispute contained an arbitration provision requiring binding arbitration of disputes, claims, or controversies between the user and Vanguard regarding the Terms or Vanguard's services, administered by the American Arbitration Association under its Consumer Arbitration Rules. It also contained a jury-trial waiver and class-action waiver.

22. Vanguard's records show that Plaintiff John Sikking was associated with Maryland license plate 4DL2547 for a 2018 Nissan Rogue and received at least two parking-payment notices arising from the 6831 Wisconsin facility: ticket 5C27A for a parking session on February 11, 2025 from approximately 6:49 a.m. to 7:33 a.m. ET, and ticket 74CE2 for a parking session on February 18, 2025 from approximately 6:58 a.m. to 7:32 a.m. ET.

23. Vanguard's records show that Mr. Sikking paid tickets 5C27A and 74CE2 online by card through payparkingnotice.com on February 19, 2025. The payment was processed through Stripe.

24. To complete those online payments, Mr. Sikking necessarily had to search for his notices on payparkingnotice.com and then check the pay-form agreement checkbox. Without those steps,

the payment form would not have submitted and the Stripe card payment would not have been completed. Because Sikking paid online, he agreed to Vanguard's arbitration clause.

25. Vanguard's records show that Plaintiff Robyn Jeter, also reflected in certain Vanguard records as Robin Michelle Jeter Williams, was associated with Maryland license plate 9DD8007 for a 2017 Honda Accord and received ticket 61087 for the 275 West Street facility. The recorded parking session was June 7, 2025 from approximately 11:56 a.m. to 1:58 p.m. ET.

26. Vanguard's records do not show that Ms. Jeter paid ticket 61087 online through payparkingnotice.com. Vanguard's records reflect that she sent written correspondence dated October 30, 2025 claiming there were "no signs" and enclosing a $20 partial-payment check.

27. Nonetheless, Vanguard's records do indicate that Ms. Jeter searched for her ticket on Vanguard's website, https://www.payparkingnotice.com/ on at least three separate occasions: April 30, 2025, April 28, 2025, and June 25, 2025. ( Exhibit F.) By clicking the "search button" to search for a ticket, the user is agreeing to the terms of the website which state: "By searching, you agree to our Privacy Policy and Terms of Service." Therefore, Ms. Jeter agreed on three separate occasions to be bound by Vanguard's terms of service which include its arbitration clause.

28. Additionally, Vanguard's arbitration position as to Ms. Jeter is the posted 275 West Street Parking Agreement, including its arbitration clause. By parking at this facility Ms. Jeter also agreed to be bound by the arbitration clause.

29. Additionally, Vanguard's tickets state that " by paying this notice, you agree to the parking contract that was displayed at the facility and is available at: www.payparkingnotice.com. In that contract you waive your right to bring a class action and to

have a jury trial and agree to arbitrate any dispute. Therefore, Ms. Jeter's check payment also makes her bound by Vanguard's arbitration clauses.

30. The facts stated above are based on records maintained by Vanguard in the ordinary course of business, including ticket records, payment records, source-code history, signage records, and preserved versions of the Terms of Service and Privacy Policy.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

(signature) ______________________ (date) 07/06/2026

Mendy Goldman

# PARKING CONTRACT - PRIVATE PROPERTY

## IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW.

**By parking here, you agree to the terms of this Contract with Vanguard Parking Solutions, Inc. ("Vanguard"). If you don't own the car you are parking, you are also agreeing to the contract on behalf of the owner of the vehicle you park.**

**IMPORTANT:**
- **VANGUARD RECORDS ACTIVITY AT THIS PARKING FACILITY 24/7 using video recording equipment.**

**KEY TERMS** of this Contract:
- **YOU MUST PAY the hourly parking fees ("Hourly Fees") in full within 15 MINUTES after entering. If you leave within this time, no Hourly Fees apply.**
- **You agree that VANGUARD may obtain personal information as defined in the Driver's Privacy Protection Act, 18 U.S.C. § 2721 (the "DPPA"), including but not limited to the vehicle owner's name, phone number, physical and email addresses, license plate number, and the vehicle make and model, in order to identify the owner of that vehicle.**
- **Failure to pay all the Hourly Fees due will result in a PARKING PAYMENT NOTICE that will include additional charges and processing charges (collectively, "Parking Charges").**
- **In some states, failure to pay in full may also result in your vehicle being towed, booted, or immobilized.**
- **HOURLY FEES AND PARKING CHARGES ARE NON-REFUNDABLE.**
- **DISPUTES: If you believe a charge was issued in error, you have 30 days to dispute it.**

**You can initiate a dispute through the contact form at www.PayParkingNotice.com or by calling (954) 228-3280 and speaking with an agent.**
- **ARBITRATION: Unresolved disputes shall be resolved through binding arbitration.**
- **WAIVER: Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action.**

## Full contract available here

and at www.PayParkingNotice.com/parkingcontract or by scanning QR code.

**ACTIVITY IN THIS PARKING LOT OR GARAGE (THE "FACILITY") IS RECORDED BY VANGUARD PARKING SOLUTIONS, INC. ("VANGUARD") 24 hours per day, every day. Vanguard uses this video surveillance system to track the time you enter and leave the Facility, and to record pictures of the Facility and of your vehicle and license plate. Vanguard does not monitor the video 24/7 and the system is not designed or used for facility security.**

By this Contract, the owner of the Facility ("Owner") and Vanguard hereby grant you a license to park in a designated vehicle space in this Facility, as long as you do so in compliance with the posted rules and rates, including timely payment of all of the Hourly Fees. **THE HOURLY FEES AND THE METHODS OF PAYMENT ARE SET FORTH ON A SEPARATE SIGN POSTED IN THIS FACILITY.**

By parking in this Facility, you agree – on behalf of yourself and, if you are not the owner of the vehicle you are parking, on behalf of that owner - to the terms and conditions of this Parking Contract (the "**Contract**") and to pay the regular hourly parking fee, including taxes and any municipal and county surcharges (collectively, "Hourly Fees") **WITHIN 15 MINUTES AFTER ENTERING THE FACILITY.** If you do not want to be bound by this Contract, you must exit this Facility within 15 minutes of entering. No Hourly Fees will apply if you exit this Facility within 15 minutes of entering it.
- **THE HOURLY FEES** are charged 24 hours per day, 365 days a year and are **NON-REFUNDABLE**, regardless of whether the time paid for is fully utilized.
- **If you fail to pay the Hourly Fees within 15 minutes of entering this Facility, or if you pay less than the amount you owe for the time you are parked, you will be in breach of this Contract and will incur** PROCESSING FEES OR CHARGES, SURCHARGES AND LATE FEES IMPOSED BY VANGUARD OR THE OWNER OF THE FACILITY (THE "PARKING CHARGES"). Parking Charges may total up to $125 per parking incident.

**BY PARKING A VEHICLE IN THIS FACILITY, YOU ALSO CONSENT TO VANGUARD'S OBTAINING, SOLELY FOR BILLING AND COLLECTION PURPOSES, RECORDS CONTAINING PERSONAL INFORMATION AS DEFINED IN THE DRIVER'S PRIVACY PROTECTION ACT, 18 U.S. Code § 2721 (THE "DPPA"),** including but not limited to the vehicle owner's name, address, license plate number, and vehicle make and model, **IN ORDER TO IDENTIFY THE OWNER OF THAT VEHICLE AND TO SEND THAT PERSON NOTICES, INVOICES, AND OTHER DOCUMENTATION RELEVANT TO AMOUNTS OWED FOR HOURLY FEES AND PARKING CHARGES BECAUSE THE VEHICLE WAS PARKED IN THIS FACILITY WITHOUT FULL PAYMENT. VANGUARD WILL NOT USE SUCH INFORMATION FOR ANY PURPOSE OTHER THAN COLLECTING HOURLY FEES AND PARKING CHARGES.** Vanguard will not sell, offer to sell, or transfer to another person for sale any personal information obtained about the owner of a vehicle using the Facility.

**YOU AGREE THAT YOU WAIVE ANY CLAIM YOU MIGHT OTHERWISE HAVE AGAINST VANGUARD OR THE OWNER OF THIS FACILITY IN CONNECTION WITH THE ACQUISITION AND USE OF SUCH PERSONAL INFORMATION, INCLUDING WITHOUT LIMITATION CLAIMS UNDER THE DPPA AND ANY APPLICABLE STATE LAW.**

If you have not timely and fully paid the Hourly Fees, Vanguard will either place a **PARKING PAYMENT NOTICE** ("Notice") on your vehicle while it is parked in the Facility or send you a Notice by mail. The Notice will include an invoice setting forth the amount you owe, including all applicable Parking Charges, the due date and any grace period for payment.
Failure to pay the Parking Charges may result in the matter being referred to collections or for legal action. Additionally, if a Notice remains unpaid after its Due Date and you later park your vehicle in a different parking facility monitored by Vanguard, Vanguard may have the right under state law to tow, immobilize, and/or boot your vehicle. Vanguard may also have the right to collect the current balance of the total amounts you owe for parking at all Vanguard-monitored facilities before releasing the vehicle.

**DISPUTES, APPEALS.** You may dispute any invoice or Notice that you believe was issued to you in error by submitting a notice of dispute to Vanguard before the Due Date set forth in the Notice. To submit a dispute, you may call us at 954-228-3280, send us an e-mail at disputes@vanguardparking.co, or follow the steps for filing a dispute on our website at https://payparkingnotice.com/pay. Vanguard will inform you of its decision regarding this dispute within 5 business days after hearing from you. If you do not agree with Vanguard's decision regarding your objection, you may then appeal it by initiating, within 10 days after your receipt of Vanguard's decision, arbitration in Palm Beach County, Florida, or the county and state where the Parking Facility is located, in accordance with the **CONSUMER ARBITRATION RULES ("CAR") of the American Arbitration Association ("AAA"), (WHICH ARE AVAILABLE AT WWW.ADR.ORG).**

**EXCEPT AS OTHERWISE REQUIRED BY APPLICABLE STATE LAW, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND VANGUARD ARISING FROM YOUR PARKING AT THE FACILITY OR UNDER THIS CONTRACT, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SETTLED THROUGH BINDING ARBITRATION ADMINISTERED BY THE AAA UNDER ITS CAR. THE SUBSTANTIVE LAW OF ANY ARBITRATION SHALL BE THE LAWS OF THE STATE IN WHICH THE FACILITY IS LOCATED. THE FEDERAL ARBITRATION ACT AND FEDERAL ARBITRATION LAW ALSO APPLY TO THIS CONTRACT.**
**BY ENTERING INTO THIS CONTRACT, YOU AND VANGUARD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. YOU AGREE THAT ALL CLAIMS MUST BE BROUGHT IN A PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS VANGUARD AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. AN ARBITRATOR CAN AWARD ON AN INDIVIDUAL BASIS THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING INJUNCTIVE AND DECLARATORY RELIEF OR STATUTORY DAMAGES) AND MUST FOLLOW THIS CONTRACT AND THE LAW AS A COURT WOULD.**

**THE ABOVE ARBITRATION PROVISION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS CONTRACT.**
**VANGUARD MAY ASSIGN THIS CONTRACT WITHOUT YOUR APPROVAL.**
**THE NOTICE AND INVOICE ARE PRIVATELY ISSUED. THEY ARE NOT ISSUED BY A GOVERNMENTAL AUTHORITY OR AGENCY AND ARE NOT SUBJECT TO CRIMINAL PENALTIES.**

Vanguard Parking Solutions

Exhibit A


PARKING AGREEMENT
NOTICE: YOU ARE ENTERING PRIVATE PROPERTY. THIS PARKING FACILITY IS OWNED BY THE THIRD PARTY LISTED AT THE ENTRANCE TO THE PARKING FACILITY.
THIS PARKING LOT OR GARAGE ("PARKING FACILITY") IS MONITORED BY VANGUARD PARKING SOLUTIONS, INC. ("VANGUARD").
PLEASE BE AWARE: THIS PARKING FACILITY IS MONITORED AND RECORDED BY VIDEO RECORDING EQUIPMENT INSTALLED IN THIS PARKING FACILITY BY VANGUARD.
By entering and parking in this parking facility, you agree to the terms and conditions of this Parking Agreement (the "Agreement") provided by Vanguard, the property management company, parking operator, and parking owner, which are enforced 24 hours per day, 7 days a week, 365 days a year by Vanguard, the property management company, parking operator, and parking owner.
If you do not consent, you must exit this parking facility and park in a different location not associated with the Owner and Vanguard.
Under this Agreement, the Owner and Vanguard hereby grant you a license to park in a designated vehicle space in compliance with the posted rates (the "Parking Charge") and subject to your full payment of the Parking Charge. If you fail to pay the Parking Charge in full for the parking space and allotted time you selected, or if you park your vehicle without paying any Parking Charge, you will be in breach of this Agreement.
If you are in breach of the Agreement and have not paid your Parking Charge in full, Vanguard will obtain your mailing address through available public records, including your vehicle's registration address, and will send you by mail, either directly or through a third-party service contracted by Vanguard, a PARKING PAYMENT NOTICE ("Notice") for payment due after using the Parking Facility.
The Notice mailed to you will include the amounts you owe, including any applicable Parking Charges, processing charges, surcharges, and taxes. If you pay within 15 days of the parking payment notice date, you get a discounted Parking Charge in the amount of $55.00. If you failed to pay within the 15 days, then you are responsible to pay the full amount of the Parking Charge up to a maximum amount of $125.00. The Notice will give you the option to pay by credit card or debit card online at payparkingnotice.com, by telephone at (954) 228-3280, or by mailing a money order or bank check made out to Vanguard Parking Solutions Inc. and sent to 3389 Sheridan St. Hollywood, FL 33021 Box #328.
Failure to make the payment may result in referring the matter to collections or further legal action. Additionally, if a Notice remains unpaid for 15 days from the date of such Notice being issued and you continue to park your vehicle in a Parking Facility monitored by Vanguard, Vanguard reserves the right to tow, immobilize, and/or boot your vehicle to the extent permissible by applicable law. If Vanguard tows or immobilizes your vehicle, then Vanguard has the right to collect the current balance of the total amounts you owe, including any applicable Parking Charges, processing charges, surcharges, and taxes, to the extent permissible by applicable law.
To dispute the Parking Charge, you must visit payparkingnotice.com or call (954) 228-3280.
If you have any questions, you may reach us by telephone at (954) 228-3280.
THE NOTICE THAT MAY BE ISSUED BY VANGUARD ON BEHALF OF THE OWNER IS PRIVATELY ISSUED. IT IS NOT ISSUED BY A GOVERNMENTAL AUTHORITY OR AGENCY AND IS NOT SUBJECT TO CIVIL OR CRIMINAL PENALTIES.
By parking at this Parking Facility, you give permission to Vanguard, its agents, and affiliates to obtain the following information, including but not limited to: your vehicle owner registration, vehicle owner address, license plate number, vehicle make, and model. You consent to let Vanguard use video and camera systems to track the time you enter, and the time you leave the Parking Facility, to record and take pictures of the Parking Facility, and take pictures of your vehicle and license plate. This information will be used for the purpose of preparing and sending you a Notice.
NOTICE OF ARBITRATION
ANY DISPUTE OR CONTROVERSY ARISING UNDER OR IN CONNECTION WITH THIS AGREEMENT, OTHER THAN INJUNCTIVE RELIEF, SHALL BE SETTLED EXCLUSIVELY BY ARBITRATION, CONDUCTED BEFORE AN ARBITRATOR IN PALM BEACH COUNTY, FLORIDA, OR THE COUNTY AND STATE WHERE THE PARKING FACILITY IS LOCATED. THIS AGREEMENT SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT, IN ACCORDANCE WITH THE RULES OF THE AMERICAN ARBITRATION ASSOCIATION THEN IN EFFECT, AND
JUDGMENT MAY BE ENTERED ON THE ARBITRATOR'S AWARD IN ANY COURT HAVING JURISDICTION. THE DECISION OF THE ARBITRATOR SHALL BE FINAL AND BINDING ON THE PARTIES. THE PARTIES SHALL BEAR THEIR OWN EXPENSE IN ANY PROCEEDING. EACH PARTY SHALL BEAR ITS OWN LEGAL FEES IN ANY DISPUTE EXCEPT THAT WITH RESPECT TO A PARTY THAT PREVAILS ON ANY MATERIAL ISSUE, THE ARBITRATORS SHALL AWARD LEGAL FEES ATTRIBUTABLE TO THOSE MATTERS OTHER THAN WITH RESPECT TO FRIVOLOUS POSITIONS TAKEN AS DETERMINED BY THE ARBITRATOR.

Exhibit B

Vanguard

## Pay Parking Notice

Notice Number #

OR

License Plate Number

State

-

By pressing search, you agree to Vanguard Parking's Privacy Policy and Terms of Service.

Search

Exhibit C

# Payment Summary

Receipt Email Address

Enter your email address

Card | Bank Get $5 | Affirm | Cash App Pay | G Pay

Secure, 1-click checkout with Link

Card number

1234 1234 1234 1234 VISA DISCOVER

Expiration date

MM / YY

Security code

CVC 135

Country

United States

ZIP code

12345

By pressing submit, you agree to Vanguard Parking's Privacy Policy and Terms of Service.

Pay $181.90

Exhibit D

# Vanguard Terms of Service

Effective July 1, 2024

This is a historical version preserved for audit. It is no longer the current Terms of Service.

---

Welcome to https://payparkingnotice.com/pay (the "Website"). The Website is owned and operated by Vanguard Parking Solutions Inc., a Delaware corporation (collectively, referred to herein as "Vanguard", "we", "our").

Please carefully read the following terms and conditions (the "Terms"). These Terms set forth a legally binding agreement between you and Vanguard Parking and Vanguard Parking's corporate affiliates, parent corporation, subsidiaries and divisions as may change from time to time. The Terms specifically govern your use of Vanguard Parking's website to pay Parking Charges (as such term is defined in the Parking Agreement referenced below) (the "Services").

By accessing or using the Website or paying Parking Charges on our Website, you signify your acceptance of these Terms and our Privacy Policy https://payparkingnotice.com/privacy-policy. If you do not agree to these Terms, you may not access or use the Website in any way. Acceptance of these Terms represents the formation of a separate agreement between you and Vanguard Parking and does not replace or amend any prior obligation or contract you may have entered into with Vanguard Parking, including the Parking Agreement that you entered into by entering a parking facility owned by and/or operated by Vanguard Parking (the "Parking Agreement"), which is a valid and enforceable agreement between you and Vanguard Parking.

BY AGREEING TO THESE TERMS, YOU HEREBY PROVIDE VANGUARD PARKING WITH YOUR EXPRESS CONSENT TO OBTAIN YOUR NAME AND MAILING ADDRESS FROM THE STATE DEPARTMENT OF MOTOR VEHICLES PURSUANT TO 18 U.S.C. § 2721. YOU FURTHER ACKNOWLEDGE THAT BY AGREEING TO THESE TERMS THAT YOU REAFFIRM AND RATIFY YOUR AGREEMENT TO THE PARKING AGREEMENT POSTED AT VANGUARD PARKING'S PARKING FACILITIES (AS SUCH TERM IS DEFINED IN THE PARKING AGREEMENT), WHICH IS FULLY AND SPECIFICALLY INCORPORATED HEREIN, INCLUDING, BUT NOT LIMITED TO, THE BINDING ARBITRATION CLAUSE.

Exhibit E

Eligibility and Scope

You may use the Services only if you have the capacity to form a binding contract with Vanguard Parking, and only in compliance with these Terms and all applicable laws, rules, and regulations. Without limiting the foregoing, the Services are only available to those who are at least 18 years old. If you're agreeing to these Terms on behalf of an organization or entity, or if you are not the owner of the vehicle you are parking at the parking facility (such as a rental vehicle or a friend or relative's car), you represent and warrant that you are authorized to agree to these Terms on that organization or entity's behalf or that of the vehicle owner, as the case may be, and bind them to these Terms (in which case, the references to "you" and "your" in these Terms except for in this sentence, refer to that organization, entity, or vehicle owner).

Privacy

The personal details you provide when paying a Parking Charge will be stored in Vanguard Parking's database and will be used in accordance with Vanguard Parking's Privacy Policy https://payparkingnotice.com/privacy-policy. Please review our Privacy Policy, which also governs the Website and informs users of our data collection practices.

Electronic Communications

You agree to the use of email ("Electronic Record") to send you legally required notices. You may withdraw your consent to use an Electronic Record by notifying us at Support@vanguardparking.co and indicating your withdrawal of consent, your full name and postal address. To access and retain a copy of this disclosure or the Electronic Record in which we send you any legal required notices, you will need (i) a computer with a web browser and Internet access, and (ii) either a printer or storage space on such device. To request a paper copy of this disclosure or the Electronic Record in which we send you any legal required notices, contact us at Support@vanguardparking.co and indicate your request, your full name and postal address. We will charge you the cost of first-class mail-international, for each paper copy you request. To update the

contact details we use to contact you electronically, contact us at Support@vanguardparking.co and indicate your full name, your old email address and new email address.

No Unlawful or Prohibited Use

As a condition of your use of the Website, you warrant Vanguard Parking that you will not use the Website for any purpose that is unlawful or prohibited by these Terms. You may not use the Website in any manner which could damage, disable, overburden, or impair the website or interfere with any other party's use and enjoyment of the Website. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Website. You will not modify, publish, transmit, reverse engineer, participate in the transfer or sale, create derivative works, or in any way exploit any of the content, in whole or in part, found on the Website. Vanguard Parking's content is not for resale. Your use of the Website does not entitle you to make any unauthorized use of any protected content, and in particular you will not delete or alter any proprietary rights or attribution notices in any content. You will use protected content solely for your personal use and will make no other use of the content without the express written permission of Vanguard Parking and the copyright owner. You agree that you do not acquire any ownership rights in any protected content. We do not grant you any licenses, express or implied, to the intellectual property of Vanguard Parking or our licensors except as expressly authorized by these Terms.

International Users

The Services are controlled, operated, and administered by Vanguard Parking from offices within the United States of America. If you access the Services from a location outside the United States of America, then you are responsible for compliance with all local laws. You agree that you will not use Vanguard Parking's content or the Services accessed in any country or in any manner prohibited by any applicable laws, restrictions, or regulations.

Payments, Payment Terms and Order Confirmation

Our Services may require payment(s) from you for the use of Vanguard

Parking's Parking Facilities to pay a Parking Charge. Payment for the Parking Charge is made by third-party payment processors such as Stripe (each a "Payment Processor"). Vanguard Parking reserves the right to support different types of payment methods on the Website and allow the use of additional payment methods. The Website uses United States Dollars for currency. Payment Processors may offer that you complete the transaction in other currencies, subject to certain terms which are solely between you and the Payment Processor. Vanguard Parking bears no responsibility in connection therewith, including with respect to any extra costs related to foreign exchange fees.

Once you have entered your payment details and completed the process to pay a Parking Charge, (if you opt to enter your email) you will receive an email confirming that we have received your payment, along with a receipt.

If the payment information you provided is not valid, or if the Payment Processor denies the transaction, the transaction will not be completed. If the transaction completes despite one of these events occurring, Vanguard Parking reserves the right to attempt to process payment again via the Payment Processor. (in which case we will notify you by email).

Any payments processed through a Payment Processor are also subject to the applicable terms and conditions of the Payment Processor. When making a payment through the Payment Processor, you agree to be bound by the applicable terms and conditions of Payment Processor.

Vanguard is not liable for any loss or damage resulting from any incorrect or invalid transactions processed for you by the Payment Processor.

Sales tax and other taxes may apply to your payments. You are responsible for all applicable taxes. Where taxes apply, we will charge the tax when required by applicable law.

Any payments are non-cancelable and non-refundable.

Warranties and Disclaimers

Your access to and use of the Services is at your own risk. You

understand and agree that the Services is provided to you on an “AS IS” and “AS AVAILABLE” basis. Without limiting the foregoing, and to the fullest extent permitted by applicable law, VANGUARD PARKING AND ITS AFFILIATES AND SUBSIDIARIES, AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, AND NON-INFRINGEMENT. We make no warranty and disclaim all responsibility and liability for the completeness, accuracy, availability, timeliness, security, or reliability of the Services or any content thereon. Vanguard Parking will not be responsible or liable for any harm to your person, vehicle, personal property, computer systems including loss of data, or other harm that results from your access to or use of the Services. You also agree that Vanguard Parking has no responsibility or liability for its deletion of, or the failure to store, retain, or transmit, any records related to you. We make no warranty that the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. Vanguard Parking does not warrant that our Website or Services are free of viruses or other harmful components. Vanguard Parking will not be liable for any damages of any kind arising from the use of our Services, including, but not limited to direct, indirect, incidental, punitive, and consequential damages. Certain laws do not allow limitations on implied warranties or the exclusion or limitation of certain damages. If these laws apply to you, some or all of the above disclaimers, exclusions, or limitations may not apply to you, and you may have additional rights. No advice or information, whether oral or written, obtained from Vanguard Parking or through the Services, will create any warranty not expressly made herein.

SERVICES LIMITATION OF LIABILITY

By using the Services, you hereby release, remise and forever discharge and give up any and all claims which you may have against Vanguard Parking, which now or hereafter arise from, relate to or are connected with the Parking Agreement, Services or any third-party’s use of the Services. TO THE GREATEST EXTENT PERMITTED UNDER APPLICABLE LAW, WE AND OUR STAFF SHALL NOT BE LIABLE TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FOR ANY INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY, STATUTORY, INCIDENTAL OR CONSEQUENTIAL DAMAGE, OR ANY SIMILAR DAMAGE OR LOSS (INCLUDING LOSS OF PROFIT AND LOSS OF DATA), COSTS, EXPENSES AND

PAYMENTS, EITHER IN TORT (INCLUDING NEGLIGENCE), CONTRACT, CONTRIBUTION, INDEMNITY, OR IN ANY OTHER FORM OR THEORY OF LIABILITY, ARISING FROM, OR IN CONNECTION WITH YOUR ACCESS TO AND USE OF THE SERVICES.

OUR TOTAL AND AGGREGATE LIABILITY TO YOU FOR DAMAGES ARISING FROM, OR IN CONNECTION WITH YOUR ACCESS TO AND USE OF THE SERVICES WILL NOT EXCEED THE AMOUNT YOU HAVE PAID US FOR A PARKING CHARGE.

THE FOREGOING LIABILITY EXCLUSIONS AND CAPS DO NOT APPLY TO OUR LIABILITY FOR PERSONAL INJURY OR BODILY HARM FROM THE SERVICES, OR OUR FAILURE TO PROVIDE YOU WITH THE REMEDIES SPECIFIED ABOVE FOR A BREACH OF WARRANTIES.

Parking Agreement

The Parking Agreement is a collateral document to these Terms and is specifically incorporated herein. Accepting these Terms further ratifies your agreement(s) to be bound by the Parking Agreement consistent with your use of one or more of Vanguard Parking's Parking Facilities. Acceptance of these Terms only ratifies your prior agreement regarding the Parking Agreement and does not replace or amend its terms.

Acceptable Use of the Website

The following terms define the acceptable use of the Website. You agree to abide by all applicable laws when using the Website. You further agree that you are solely responsible for all acts or omissions associated with the access and use of the Website.

While using the Website, you agree to refrain from –

- Breaching the Terms or any other applicable rules and instructions that we may convey to you with respect to the Website;

- Interfering with, burdening or disrupting the functionality of the Website;

- Circumventing or manipulating the operation, or functionality of the Website, or attempting to enable features or functionalities that are otherwise disabled, inaccessible or undocumented in the Website;

- Using or launching any automated system, including without limitation robots, crawlers and similar applications to collect or compile content from the Website;

- Displaying the Website or any part thereof in an exposed or concealed frame, or linking to elements or portions of the Website, independently from the web pages on which they originally appear;

- Displaying content from the Website, including by any software, feature, gadget or communication protocol, which may alter the content or its design;

- Impersonating any person or entity, or making any false statement pertaining to your identity, employment, agency or affiliation with any person or entity;

- Collecting, harvesting, obtaining, or processing personal information of or about other users of the Website.

- Displaying or linking the Website or any part thereof or from any website that contains pornographic content, content that encourages racism or unlawful discrimination, or that is illegal, or that its publication is illegal or that encourages illegal activity;

- Linking to content from the Website, which is not the home page of the Website ("Deep Link") and displaying, or publishing such content in any other way, unless the Deep Link is linked to a full web page of the Website as is, so that the use and view of it will be completely identical to using and viewing it on the Website itself.

WE MAY EMPLOY TECHNOLOGICAL MEASURES TO DETECT AND PREVENT FRAUDULENT OR
ABUSIVE USE OF THE WEBSITE.

THE WEBSITE IS MEANT TO BE USED AS IS. IT CANNOT BE ADOPTED TO THE NEED OF EACH AND EVERY PERSON. YOU WILL NOT HAVE ANY CLAIMS OR DEMANDS TOWARDS VANGUARD PARKING REGARDING THE WEBSITE FEATURES, CAPABILITIES, LIMITATIONS OR ITS SUITABILITY FOR YOUR NEEDS AND REQUIREMENTS.

VANGUARD PARKING MAKES AN EFFORT TO PROVIDE YOU WITH PROPER AND HIGH-QUALITY SERVICE.

HOWEVER, VANGUARD PARKING DOES NOT WARRANT THAT THE ACCESS AND USABILITY
OF THE WEBSITE WILL NOT BE INTERRUPTED, THAT THE WEBSITE WILL OPERATE WITHOUT ERRORS OR WILL BE IMMUNE FROM UNAUTHORIZED ACCESS TO VANGUARD PARKING COMPUTERS, DAMAGES, BREAKDOWNS, MALFUNCTIONS OR FAILURES.

Links

The Website may contain links to other websites, their content or other external sources, provided by third parties. We do not operate or monitor these websites and content. You may find them, or the information and content posted there inappropriate or objectionable.

BY LINKING TO A PARTICULAR WEBSITE, WE DO NOT ENDORSE, OR SPONSOR ITS CONTENT, OR CONFIRM ITS ACCURACY, CREDIBILITY, AUTHENTICITY, RELIABILITY, VALIDITY, INTEGRITY, OR LEGALITY. WE ASSUME NO RESPONSIBILITY OR LIABILITY FOR SUCH THIRD-PARTY WEBSITES OR CONTENT, OR THEIR AVAILABILITY, OR FOR ANY TRANSACTIONS MADE BETWEEN YOU AND SUCH THIRD-PARTY WEBSITES.

Intellectual Property

All intellectual property rights associated with the Website and its content, including copyrights, trademarks, trade names, patents, trade secrets, work methods and processes, and any other right, are the sole property of Vanguard Parking, or its third-party licensors. These rights apply, among others, to information, articles, images, content, graphic design, data and its processing, the Website's computer code and any other element concerning its operation.

It is forbidden to copy, duplicate, distribute, sell, make available, market, or translate any information, including trademarks, images, pictures, texts, and computer code from the Website, without Vanguard Parking's prior, explicit and written consent.

Without derogating from the above, trademarks on the Website (whether registered or not) as well as the Website's domain name are the sole

property of Vanguard Parking, or respective third-party owners. It is forbidden to use them without Vanguard Parking's, or their respective third-party owners' prior, explicit, and written consent.

The payment of a Parking Charge will in no way be deemed to confer upon you any right, interest or license in any patents, patent applications, designs, copyrights, trademarks, service marks or trade names that Vanguard Parking and its licensors may have. Vanguard Parking and its licensors retain all intellectual property rights in and to the Website and Services.

Website Changes and Discontinuation

Vanguard Parking may, from time to time, change the Website's structure, layout, and design, as well as the scope and availability of the information, items, and content therein - all without prior notice. Changes of this type by their very nature may result in errors, glitches, or cause inconvenience of some kind. You will have no claim or demand whatsoever against Vanguard Parking ensuing from the introduction of aforesaid changes, from errors, glitches or any kind of failure resulting from their introduction.

Vanguard Parking may at any time, in its sole discretion, temporarily or permanently discontinue or suspend the operation of the Website or any part thereof. Vanguard Parking is not obligated to give any notice prior to such discontinuation or suspension of the Website. Such discontinuation or suspension will not affect orders you have placed prior to the discontinuation or suspension.

Changes to the Terms

Vanguard Parking may change the Terms, and the documents that form an integral part of the Terms, from time to time. We will notify you of changes by posting them on our Website or by other means of notification. Your continued use of the Services after the effective date of the amended Terms constitutes your consent to the amended Terms.

Governing Law

Regardless of your place of residence, these Terms and your purchase and

use of the Services will be governed by and construed solely in accordance with the laws of the State of Florida, excluding any otherwise applicable rules of conflict of laws, which would result in the application of the laws of a jurisdiction other than the State of Florida.

If you have a complaint about the Website or about Vanguard Parking, please first contact us at Support@vanguardparking.co. We will carefully review and consider your complaint.

SUBJECT TO THE EXCEPTIONS BELOW, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND VANGUARD PARKING REGARDING THESE TERMS OR
THE SERVICES, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SETTLED THROUGH BINDING ARBITRATION (RATHER THAN IN COURT) BY TELEPHONE, ONLINE OR BASED SOLELY UPON WRITTEN SUBMISSIONS WITHOUT IN-PERSON APPEARANCE, ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION (AAA), UNDER ITS CONSUMER ARBITRATION RULES (WHICH ARE AVAILABLE AT WWW.ADR.ORG). THE SUBSTANTIVE LAW OF ARBITRATION SHALL BE THE LAWS OF THE STATE OF FLORIDA.

JUDGMENT ON THE AWARD RENDERED BY THE ARBITRATOR(S) MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF.

HOWEVER, YOU MAY LODGE CLAIMS IN SMALL CLAIMS COURT IF YOUR CLAIM QUALIFIES.

THE FEDERAL ARBITRATION ACT AND FEDERAL ARBITRATION LAW APPLY TO THESE TERMS.

THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. HOWEVER, AN ARBITRATOR CAN AWARD ON AN INDIVIDUAL BASIS THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING INJUNCTIVE AND DECLARATORY RELIEF OR STATUTORY DAMAGES) AND MUST FOLLOW THESE TERMS AS A COURT WOULD.

PAYMENT OF FILING, ADMINISTRATION AND ARBITRATOR FEES WILL BE GOVERNED BY THE AAA'S CONSUMER ARBITRATION RULES. THESE FEES WILL BE SHARED AS FOLLOWS: ONE THIRD BY YOU AND TWO THIRDS BY US, UNLESS THE ARBITRATOR: (I) DETERMINES THAT THE CLAIMS ARE FRIVOLOUS, IN WHICH CASE THE CLAIMANT

SHALL BEAR ALL SUCH FEES ARISING FROM THE FRIVOLOUS CLAIM; OR (II) DETERMINES THAT THE FEES SHOULD BE ALLOCATED DIFFERENTLY.

THE ARBITRATION WILL BE A CONFIDENTIAL PROCEEDING. NEITHER PARTY WILL MAKE ANY PUBLIC ANNOUNCEMENT OR PUBLIC COMMENT OR RELEASE ANY PUBLICITY
CONCERNING THE ARBITRATION INCLUDING THE FACT THAT THE PARTIES ARE IN DISPUTE, THE EXISTENCE OF THE ARBITRATION OR ANY DECISION OR AWARD OF THE ARBITRATOR.

ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THIS AGREEMENT, YOU AND VANGUARD PARKING ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION.

YOU MAY OPT-OUT OF THE ABOVE ARBITRATION CLAUSE BY EMAILING US TO DISPUTES@VANGUARDPARKING.CO, WITHIN SEVEN (7) DAYS OF YOU ENTERING INTO THESE TERMS FOR THE FIRST TIME, AN OPT-OUT NOTICE THAT IDENTIFIES YOURSELF AND CLEARLY SETS OUT YOUR CHOICE TO OPT OUT OF DISPUTE RESOLUTION BY ARBITRATION. IN CASE OF SUCH OPT-OUT, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND US REGARDING THESE TERMS OR THE USE OF THE SERVICE, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SUBJECT TO THE EXCLUSIVE JURISDICTION AND VENUE OF THE STATE COURTS IN PALM BEACH COUNTY IN THE STATE OF FLORIDA, USA, AND THE FEDERAL DISTRICT COURT LOCATED IN PALM BEACH COUNTY.

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS SECTION, EITHER PARTY MAY ASSERT: (A) AN IMPLEADER CLAIM AGAINST THE OTHER PARTY IN ANY COURT OF COMPETENT JURISDICTION ADJUDICATING A THIRD-PARTY CLAIM THAT IS SUBJECT TO INDEMNITY; (B) A CLAIM ALLEGING INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS (INCLUDING COPYRIGHTS AND TRADE SECRETS), IN ANY COURT HAVING GENERAL OR SPECIFIC JURISDICTION OVER THE DEFENDANT; AND (C) A COURT CLAIM FOR INJUNCTIVE OR OTHER EQUITABLE RELIEF, IN ANY COURT HAVING GENERAL OR SPECIFIC JURISDICTION OVER THE DEFENDANT.

THIS ARBITRATION PROVISION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THESE TERMS.

Indemnification

You agree to indemnify, defend and hold harmless Vanguard Parking, its officers, directors, employees, agents and third parties, for any losses, costs, liabilities and expenses (including reasonable attorney's fees) relating to or arising out of your use of or inability to use the Website or Services, your violation of these Terms or your violation of any rights of a third-party, or your violation of any applicable laws, rules or regulations. Vanguard Parking reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with Vanguard Parking in asserting any available defenses.

WEBSITE DISCLAIMER OF WARRANTIES; WEBSITE LIMITATION OF LIABILITY

THE INFORMATION, SOFTWARE, AND SERVICES INCLUDED IN OR AVAILABLE THROUGH THE WEBSITE MAY INCLUDE INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. VANGUARD PARKING AND/OR ITS SUPPLIERS MAY MAKE IMPROVEMENTS AND/OR CHANGES TO THE WEBSITE AT ANY TIME.

VANGUARD PARKING AND/OR ITS SUPPLIERS MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS CONTAINED ON THE WEBSITE FOR ANY PURPOSE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL SUCH INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OR CONDITION OF ANY KIND. VANGUARD PARKING AND/OR ITS SUPPLIERS HEREBY DISCLAIM ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS, INCLUDING ALL IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL VANGUARD PARKING AND/OR ITS SUPPLIERS BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF USE, DATA OR PROFITS, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE WEBSITE, WITH THE DELAY OR INABILITY TO USE

THE WEBSITE OR RELATED SERVICES, THE PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR FOR ANY INFORMATION, SOFTWARE, SERVICES AND RELATED GRAPHICS OBTAINED THROUGH THE WEBSITE, OR OTHERWISE ARISING OUT OF THE USE OF THE WEBSITE, WHETHER BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF VANGUARD PARKING OR ANY OF ITS SUPPLIERS HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU. IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE WEBSITE, OR WITH ANY OF THESE TERMS OF USE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USING THE WEBSITE.

Termination/Access Restriction

Vanguard Parking reserves the right, in its sole discretion, to terminate your access to the Website and the related Services or any portion thereof at any time, without notice. Use of the Website is unauthorized in any jurisdiction that does not give effect to all provisions of these Terms, including, without limitation, this section.

You agree that no joint venture, partnership, employment, or agency relationship exists between you and Vanguard Parking as a result of these Terms or your use of the Website. Vanguard Parking’s performance of these Terms is subject to existing laws and legal process, and nothing contained in these Terms is in derogation of Vanguard Parking’s right to comply with governmental, court and law enforcement requests or requirements relating to your use of the Website or information provided to or gathered by Vanguard Parking with respect to such use.

General

These Terms, including the additional documents referenced explicitly herein, constitute the entire agreement between you and us concerning the subject matter herein, and supersede all prior and contemporaneous negotiations and oral representations, agreements, and statements.

Failure on our part to ensure performance of any provision in the Terms shall not constitute a waiver of any of our rights under the Terms.

Vanguard Parking shall not be liable for any failure or delay in the

performance of its obligations under these Terms, if such failure or delay is on account of causes beyond its reasonable control, including civil unrest, war, fires, floods, accidents, earthquakes, inclement weather, telecommunications line failures, electrical outages, network failures, governmental regulations or controls, casualty, strikes or labor disputes, terrorism, pandemics, epidemics, local disease outbreaks, public health emergencies, communicable diseases, quarantines, or acts of God, for so long as such force majeure event is in effect and for a reasonable period thereafter. Vanguard Parking will try to provide you with notice of the occurrence of such an event within five (5) business days of its occurrence.

You may not assign, transfer, or delegate your rights or obligations under the Terms without our prior written consent. Any attempted or actual assignment, transfer, or delegation by you, without our prior consent, shall be null and void. Where necessary due to a merger, acquisition, change of control or the sale of all or substantially all Vanguard Parking’s equity or assets, Vanguard Parking may, upon notice to you, assign, transfer, and delegate these Terms, in their entirety, including all of its rights, performance, duties, liabilities and obligations contained herein. With such assignment, transfer and delegation, Vanguard Parking is irrevocably released from all its duties, liabilities, and obligations herein, provided that your rights under these Terms will not be violated by the assignment.

If any provision of the Terms is held to be illegal, invalid, or unenforceable by a competent court, then the provision shall be performed and enforced to the maximum extent permitted by law, to reflect, as closely as possible, the original intention of that provision, and the remaining provisions of the Terms shall continue to remain in full force and effect.

Last Updated: July 10, 2024

9DD8007

# Search results

Filter

## Accounts

| Account | Type | Created |
|---|---|---|
| cus_lpn_MD_9DD8007 | Customer | Jun 25, 2025, 11:24 AM |

## Payments

View 3 results

| Amount | | | Description | Customer | Payment method | Date | |
|---|---|---|---|---|---|---|---|
| $95.09 | USD | Incomplete | Notice 61087 | LPN: 9DD8007 | | Apr 30, 8:12 PM | ··· |
| $95.09 | USD | Incomplete | Notice 61087 | LPN: 9DD8007 | | Apr 28, 8:46 PM | ··· |
| $95.09 | USD | Incomplete | Notice 61087 | LPN: 9DD8007 | | Jun 25, 2025, 11:24 AM | ··· |

Exhibit F